FILED
MAR 23 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER HOOPER,

    Petitioner,

v.

JEFF PREMO,

    Respondent.

Civil No. 10-628-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition [#21] is GRANTED.

    IT IS SO ORDERED.

    DATED this 23rd day of March, 2011.

_____
ANNA J. BROWN
United States District Judge

1 - ORDER -