FILED
MAR 23 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRISTOPHER HOOPER,

    Petitioner,

v.

JEFF PREMO,

    Respondent.

Civil No. 10-628-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this 23rd day of March, 2011.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT -            F:\Share\Brown-LawClerks\10-628hooper0323judgment.wpd